IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TOMMY R. ATKINSON, | ) | CHAPTER 13 |
| PHYLLIS N. ATKINSON, | ) | CASE NO. 10-30103 |
| | ) | |
| DEBTORS. | ) | |

## OBJECTION TO CONFIRMATION

COMES NOW First Lowndes Bank, by and through its attorney of record, Parnell & Crum, and files this objection to confirmation in the above referenced matter. In support thereof, First Lowndes Bank would show this court as follows:

1. Debtors executed a note with First Lowndes Bank on November 27, 2004. Pursuant to said note, Debtors financed $49,923.48. Debtors agreed to repay this sum by making 59 monthly installments of $483.11, beginning on January 15, 2005, with a balloon payment of $39,035.05 coming due on December 15, 2009. Debtors further agreed to pay a contractual rate of interest of 7.799%. As security for said debt, the Debtors gave First Lowndes Bank a security interest in one (1) 1990 24x70 mobile home and one (1) acre of lot located in Crenshaw County, Alabama. A copy of said Note and Security Agreement, Mortgage and Certificates of Title are attached hereto collectively as Exhibit "A", and incorporated by reference.

2. Debtors have proposed to give First Lowndes Bank a collateral value of $17,627.00, 4.75% interest and a $343.05 specified monthly payment.

3. First Lowndes Bank objects to the valuation proposed by Debtors. According to the Crenshaw County Tax Assessor, this property has a value of $32,140.00.

4. First Lowndes Bank asserts that its claim should be treated secured in the amount of $32,140.00, awarded interest at the rate of 4.75% and an appropriate specified monthly payment.

5. Further, First Lowndes Bank has not been provided with any information showing that Debtors have insurance coverage on the collateral in question.

WHEREFORE, THE PREMISES CONSIDERED, First Lowndes Bank respectfully requests that the confirmation of Debtors' plan be denied or continued until Debtors agree to treat its debt

secured in the amount of $32,140.00, award interest at 4.75%, provide an appropriate specified monthly payment and provide proof of insurance on said collateral. First Lowndes Bank asks for whatever other additional relief to which it is entitled.

        Respectfully submitted,

        PARNELL & CRUM, P.A.


        /s/ Charles N. Parnell, III
        By:   CHARLES N. PARNELL, III
        Attorney for First Lowndes Bank

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Objection to Confirmation to the following parties, this the __15th__ day of March, 2010.

| | |
|---|---|
| Hon. Curtis C. Reding<br>Trustee<br>Post Office Box 173<br>Montgomery, Alabama 36101 | Hon. Richard Shinbaum<br>Attorney for Debtors<br>Post Office Box 201<br>Montgomery, Alabama 36101 |
| Hon. Teresa Jacobs<br>Bankruptcy Court Adm.<br>One Church Street<br>Montgomery, Alabama 36104 | Tommy R. & Phyllis Atkinson<br>Debtors<br>341 Petty Road<br>Honoraville, Alabama 36042 |

        /s/ Charles N. Parnell, III
        CHARLES N. PARNELL, III